UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI LUCAS; OSCAR GONZALEZ; ASHLEY LUCAS; GIANNA LUCAS; E.L., a minor, by and through his Guardian Ad Litem Jami Lucas; the ESTATE OF RODNEY LUCAS, by and through its representative Jami Lucas; JOHN LUCAS; and RUTH ARIEAS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO and JARED MULLIS,<br><br>Defendants. | No. 1:18-cv-01488-DAD-EPG<br><br>ORDER APPOINTING GUARDIAN AD LITEM<br><br>(Doc. No. 7) |

On December 5, 2018, plaintiff Jami Lucas filed a petition to be appointed guardian ad litem for plaintiff E.L. for purposes of this action. (Doc. No. 7.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Local Rule 202(a) of this court further states, in pertinent part:

1

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian *ad litem* by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Jami Lucas petitions the court to appoint her as guardian ad litem to her child, plaintiff E.L., a minor child born on October 12, 2004. Petitioner states that she is the biological mother to plaintiff E.L., and that she is competent and willing to represent and protect the interests of plaintiff E.L. Finding good cause, the court grants the petition (Doc. No. 7) and appoints Jami Lucas guardian ad litem of E.L., a minor and plaintiff in this action.

IT IS SO ORDERED.

Dated: **December 5, 2018**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE