**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF RODNEY LUCAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, *et al.*, <br><br> Defendants. | Case No.  1:18-cv-01488-DAD-EPG <br><br> **ORDER GRANTING EXTENSION OF DEADLINE FOR FILING** <br><br><br> (ECF Nos. 44, 45) |

As discussed during the May 26, 2020, status conference (ECF No. 45) and proposed by the parties in their joint status report (ECF No. 44), IT IS ORDERD:

1. The Scheduling Conference Order (ECF No. 32) is modified as follows:

| Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | July 6, 2020 | December 28, 2020 |
| Expert Disclosure | August 5, 2020 | January 7, 2021 |
| Rebuttal Expert Disclosure | September 4, 2020 | February 6, 2021 |
| Expert Discovery Cutoff | October 6, 2020 | April 30, 2021 |
| Dispositive Motion Filing Deadline | November 20, 2020 | June 18, 2021 |
| Pretrial Conference | March 22, 2021 | November 29, 2021, 1:30 p.m. |
| Trial | May 25, 2021 | February 1, 2022, 8:30 a.m. |

1

2. All other terms and conditions of the Scheduling Conference Order remain in full force and effect.

3. A status conference is set for December 2, 2020, at 09:30 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: __**May 28, 2020**__                    /s/ *Erica P. Grosjean*
                              UNITED STATES MAGISTRATE JUDGE

2