UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI LUCAS, et al., | Case No. 1:18-cv-01488-DAD-EPG |
| Plaintiffs, | ORDER GRANTING STIPULUATION TO MODIFY SCHEDULING ORDER |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 47) |
| Defendants. | |

On November 9, 2020, the Court held a status conference at which the parties and the Court discussed the status of discovery and proceeding with discovery in light of the COVID-19 pandemic. Pursuant to the parties' stipulation to modify the Scheduling Order in this case (ECF No. 47), and as discussed during the status conference, the Scheduling Order (ECF No. 32), previously modified (ECF No. 46), is further modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff | June 28, 2021 |
| Expert Disclosure | July 7, 2021 |
| Rebuttal Expert Disclosure | August 6, 2021 |
| Expert Discovery Cutoff | October 29, 2021 |
| Dispositive Motion Filing Deadline | December 3, 2021 |
| Pretrial Conference | May 23, 2022, 1:30 PM, Courtroom 5 (DAD) |
| Trial | August 2, 2022, 8:30 AM, Courtroom 5 (DAD) |

1  All other terms and conditions of the Scheduling Order (ECF No. 32) remain in full force and effect. No further extensions shall be granted absent good cause.

IT IS SO ORDERED.

Dated: __**November 9, 2020**__                /s/ Eric P. Groj
                                                                     UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4811-9649-4269 v1

- 2 -

1:18-CV-1230- LJO-EPG
[PROPOSED] ORDER RE
JOINT STIPULATION