1   James D. Weakley, Esq.    Bar No. 082853
    Brande L. Gustafson, Esq.  Bar No. 267130
2
    WEAKLEY & ARENDT
3   A Professional Corporation
    5200 N. Palm Avenue, Suite 211
4   Fresno, California 93704
    Telephone:  (559) 221-5256
5   Facsimile:  (559) 221-5262
    Jim@walaw-fresno.com
6   Brande@walaw-fresno.com

7   Attorneys for Defendant, County of Fresno

8

9                  UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11  JAMI LUCAS, et al.                 )  CASE NO. 1:18-cv-01488-DAD-EPG
                                       )
12              Plaintiffs,            )  **STIPULATION TO ALLOW A**
                                       )  **SUPPLEMENTAL EXPERT REPORT**
13        vs.                          )  **FOR STEPHANIE RIZZARDI ONLY**
                                       )  **AFTER THE CLOSE OF EXPERT**
14  COUNTY OF FRESNO and JARED MULLIS, )  **DISCOVERY, IN LIEU OF PROVIDING**
                                       )  **DEPOSITION TESTIMONY; ORDER**
15              Defendants.            )
                                       )  Complaint Filed:  October 26, 2018
16                                     )  Trial Date:  August 2, 2022
                                       )
17  _____  )

18          Counsel for plaintiffs (Jami Lucas; Oscar Gonzalez; Ashley Lucas; Gianna Lucas; E.L.,

19  a minor, by and through his Guardian Ad Litem, Jami Lucas; the Estate of Rodney Lucas, by

20  and through its representative, Jami Lucas; John Lucas, and Ruth Areias) and counsel for

21  defendants (County of Fresno and Jared Mullis) have stipulated to allow a supplemental report

22  by Stephanie Rizzardi, defendants' economist expert, to take place after the supplemental report

23  cutoff as set forth in the Scheduling Order (Doc. Nos. 32, 46, 50, 53).  The current deadline for

24  expert discovery is October 29, 2021.

25          The parties have previously requested a modification of the scheduling order on three

26  prior occasions, two of which were granted due to issues relating to scheduling depositions of

27  witnesses who fell in high-risk categories during the early part of the Coronavirus (COVID-19)

28  pandemic prior to the availability of vaccines and to resolve a trial conflict. *See* Doc. Nos. 44,

1   46, 47 & 50.  The third request for deadline extensions was denied because the court found

2   good cause had not been provided for the requested extension. Doc. No. 53.

3       The parties have scheduled and are in the process of taking the depositions of each

4   party's experts.  Plaintiffs' economist Robert Johnson was noticed for virtual deposition on

5   September 29, 2021.  On the day of the deposition, Plaintiffs' counsel learned that they had

6   inadvertently failed to provide Mr. Johnson with certain materials.  Accordingly, just prior to

7   the deposition, Plaintiffs' counsel cancelled and asked to reschedule Mr. Johnson's deposition.

8   Based on the schedule of Mr. Johnson and Plaintiffs' counsel, the soonest available date for Mr.

9   Johnson's continued deposition was and is October 27, 2021.  This is only two days prior to the

10  original date scheduled for Ms. Rizzardi's deposition, October 29, 2021.

11      Because Ms. Rizzardi is rebutting Mr. Johnson's opinions, and should ideally have an

12  opportunity to receive and review the transcript of Mr. Johnson's testimony so she can respond

13  to his opinions, and because the need to reschedule Mr. Johnson's deposition was due to an

14  error on Plaintiffs' part, Plaintiffs offered to forego deposing Ms. Rizzardi.  However, to avoid

15  any surprise at trial, Plaintiffs have requested that Ms. Rizzardi disclose any rebuttal opinions

16  that she would have offered at a deposition in a supplemental report after reviewing Mr.

17  Johnson's deposition testimony.  The parties therefore stipulate and agree that Ms. Rizzardi

18  should be permitted to produce a supplemental expert report disclosing any new rebuttal

19  opinions up until November 29, 2021.  The parties do not request the extension of any other

20  deadlines.

21      The parties do not anticipate that such an extension will affect any of the remaining

22  deadlines and do not request changes to any of the remaining deadlines.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

Stipulation to Allow a Supplemental Expert Report for Stephanie Rizzardi Only After the Close of Expert
Discovery, In Lieu of Providing Deposition Testimony; Order

2

1    In light of the foregoing good cause, the parties hereby stipulate and jointly request that

2  the Court issue an order allowing Ms. Rizzardi to create a supplemental report rebutting the

3  opinions of Mr. Johnson up until and including November 29, 2021.

4

5  Dated:  October 27, 2021                    WEAKLEY & ARENDT
                                               A Professional Corporation
6

7                                       By:  /s/ Brande L. Gustafson
                                             James D. Weakley
8                                            Brande L. Gustafson
                                             Attorneys for Defendant,
9                                            County of Fresno

10

11  Dated:  October 28, 2021                   MCCORMICK BARSTOW ET AL LLP

12

13                                      By:  /s/ Karen L. Lynch (As authorized on 10/28/21)
                                             Gregory S. Mason
14                                           Karen L. Lynch
                                             Attorneys for Defendant, Jared Mullis
15

16  Dated:  October 28, 2021                   WALKUP, MELODIA, KELLY &
                                               SCHOENBERGER
17

18                                      By:  /s/Sara M. Peters (As authorized on 10/28/21)
                                             Khaldoun A. Baghdadi
19                                           Sara M. Peters
                                             Attorneys for Plaintiffs
20                                           Jami Lucas; Oscar Gonzalez; Ashley Lucas;
                                             Gianna Lucas; E.L., a minor, by and through his
21                                           Guardian ad Litem, Jamie Lucas; and The Estate of
                                             Rodney Lucas, by and through its representative,
22                                           Jami Lucas

23  Dated:  October 28, 2021                   HADDAD & SHWERWIN, LLP

24

25                                      By:  /s/ Michael J. Haddad (As authorized on 10/28/21)
                                             Michael J. Haddad
26                                           Teresa Allen
                                             Attorneys for Plaintiffs
                                             John Lucas and Ruth Areias
27

28

## <u>ORDER</u>

Pursuant to the parties' stipulation (ECF No. 55), the Scheduling Order (ECF No. 32), as previously modified (ECF No. 46, 50), is further modified and the expert discovery cutoff is extended for the limited purpose of allowing Defendants' economist, Stephanie Rizzardi, to produce a supplemental expert report on or before November 29, 2021. All other terms and conditions of the Scheduling Order remain in full force and effect. No further extensions shall be granted absent good cause.

Additionally, the Court sets a Status Conference for **December 14, 2021, at 10:30 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. At the conference, the parties should be prepared to discuss their desire and availability for a settlement conference prior to the Pretrial Conference. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **October 29, 2021**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stipulation to Allow a Supplemental Expert Report for Stephanie Rizzardi Only After the Close of Expert Discovery, In Lieu of Providing Deposition Testimony; Order

4