UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI LUCAS, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant. | Case No.  1:18-cv-01488-DAD-EPG<br><br>ORDER REGARDING STIPULATION TO DISMISS PLAINTIFFS' *MONELL* CLAIM PREMISED UPON ALLEGED CUSTOM OF UNSAFE FIREARM HANDLING<br><br>(ECF No. 72) |

　　　　Before the Court is the parties' stipulation requesting "dismissal of Plaintiffs' *Monell* claim premised upon the alleged custom of unsafe firearm handling, with prejudice, pursuant to Federal Rule of Civil Procedure 15(a) and the Court's inherent power." (ECF No. 72.)

　　　　To the extent the parties seek dismissal of the claim without filing an amended complaint, the stipulation appears to be a renewed request for dismissal pursuant to Federal Rule of Civil Procedure 41. However, as explained in the Court's January 4, 2022 order regarding the parties' stipulation to dismiss Plaintiffs' *Monell* claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) (*see* ECF No. 67), Federal Rule of Civil Procedure 41(a)(1) "does not allow for piecemeal dismissals" and "withdrawals of individual claims against a given defendant are governed by [Federal Rule of Civil Procedure] 15, which addresses amendments to pleadings." *Hells Canyon Pres. Council v. U.S. Forest Serv.,* 403 F.3d 683, 687 (9th Cir. 2005) (citation omitted). Accordingly, the Court will again deny the parties' request for dismissal of the *Monell*

claim. However, as the parties' stipulation seeks relief pursuant to Federal Rule of Civil Procedure 15(a), the Court will permit Plaintiff to file a Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED:

1. The parties' request for dismissal of Plaintiffs' *Monell* claim premised upon the alleged custom of unsafe firearm handling is DENIED;
2. Pursuant to the parties' stipulation (ECF No. 72), Plaintiffs may file a Second Amended Complaint within fourteen (14) days of entry of this order; and
3. Defendants' response to the Second Amended Complaint shall be governed by Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated:   **January 21, 2022**                           /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

2