UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMI LUCAS, OSCAR GONZALEZ, ASHLEY LUCAS, GIANNA LUCAS, and E.L., a minor, by and through his Guardian ad Litem, Jami Lucas, the ESTATE OF RODNEY LUCAS, by and through its representative, Jami Lucas, JOHN LUCAS, and RUTH AREIAS,

Plaintiffs,

v.

COUNTY OF FRESNO and JARED MULLIS,

Defendants.

Case No. 1:18-cv-01488-KES-EPG

ORDER RE: STIPULATION FOR REFERRAL FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LAUREL BEELER (CAND)

(ECF No. 114)

On July 3, 2026, the parties filed a stipulation for referral for settlement conference with Magistrate Judge Laurel Beeler of the Northern District of California. (ECF No. 114). The stipulation provides the following:

With the consent of Northern District Magistrate Judge Laurel Beeler, all parties, by and through their respective counsel, hereby request that this case be referred to Judge Beeler to assist the parties and the Court by holding a settlement conference and other settlement proceedings in this matter as may be necessary. The parties have contacted Judge Beeler's chambers concerning this matter, and Judge Beeler, who has familiarity with counsel in this case, would agree to conduct the settlement conference as requested. The parties and Judge Beeler anticipate scheduling a settlement conference on a date after November 1, 2026.

Discovery is closed in this matter and a trial date is not currently set. No other dates or deadlines would be affected by this settlement conference. This complex civil rights death case is ripe for settlement discussions.

1

SO STIPULATED.

(*Id.*)

In light of the parties' stipulation, and good cause thus appearing, this matter is hereby referred to Northern District Magistrate Judge Laurel Beeler for settlement conference after November 1, 2026.

Accordingly, **IT IS ORDERED** as follows:

1. This matter is hereby referred to Magistrate Judge Laurel Beeler for settlement conference to occur after November 1, 2026;

2. Once a date for the conference has been selected, the parties shall promptly notify this Court of the scheduled date; and

3. The parties shall file a status report no later than seven days after the settlement conference informing the Court if the case has settled, and if so, when appropriate dispositional documents will be filed, or if the case does not settle, a proposed schedule for setting the remaining dates in the case.

IT IS SO ORDERED.

Dated:    **July 6, 2026**                    /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE

2